UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MAZUR,

      Plaintiff,      Case No. 1:13-cv-1206

v.              Honorable Paul L. Maloney

CAROL HOWES et al.,

      Defendants.
_____/

## ORDER FOR PARTIAL DISMISSAL
### and PARTIAL SERVICE

  In accordance with the Opinion filed this date:

  IT IS ORDERED that Plaintiff's action against Defendants Beachum, Howes, and Unknown Parties be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

  IT IS FURTHER ORDERED that the Clerk shall forward the second amended complaint (docket #14) to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendants Desmond and Watson in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

  IT IS FURTHER ORDERED that the Defendants Desmond and Watson shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to

the complaint, and no default will be entered for failure to do so.  *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.

Dated:    March 14, 2014            /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                         Chief United States District Judge