UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MAZUR,

    Plaintiff,

v.

UNKNOWN DESMOND, et al.,

    Defendants.

                               /

Case No.: 1:13-cv-1206

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 25). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for a preliminary injunction (ECF No. 21) is **DENIED**.


Dated: June 26, 2014                                     /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief United States District Judge