UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CHRISTOPHER MAZUR, # 233042,   )
                                )
      Plaintiff,            )  Case No. 1:13-cv-1206
                                )
v.                              )  Honorable Paul L. Maloney
                                )
JAMES DESMOND, et al.,          )  **JUDGMENT**
                                )
      Defendants.           )
_____)

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that all plaintiff's claims seeking injunctive relief against defendants in their official capacities are DISMISSED AS MOOT.

IT IS ORDERED that all plaintiff's claims seeking damages against defendants in their official capacities are DISMISSED WITH PREJUDICE because they are barred by Eleventh Amendment immunity.

IT IS ORDERED that defendants' motion for summary judgment (ECF 56) is GRANTED and judgment is hereby entered in favor of defendants on all plaintiff's claims for damages against defendants in their individual capacities.

Dated: March 31, 2016        /s/ Paul L. Maloney
                             Paul L. Maloney
                             United States District Judge